UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR BYRON LINDSEY, P00239872,<br><br>Plaintiff,<br><br>v.<br><br>MARIN COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendant(s). | Case No. 23-cv-01619-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On June 27, 2023, the court screened and dismissed plaintiff's <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983 with leave to amend to set forth specific facts showing how each individual defendant was objectively indifferent to plaintiff's serious medical needs, if possible, and to identify and name every individual defendant and link him/her with plaintiff's allegations of wrongdoing.  The court warned plaintiff that "[f]ailure to file a proper amended complaint within [28 days] will result in the dismissal of this action."  ECF No. 10 at 3.

More than 38 days have passed since the court's June 27, 2023 order but plaintiff has neither filed an amended complaint nor sought an extension of time to do so.  This action accordingly is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: August 9, 2023

CHARLES R. BREYER
United States District Judge